IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDSAY BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: |
| | ) | 1:16-cv-00853 WKW-PWG |
| NATIONAL ENTERPRISE SYSTEMS, INC.; | ) | |
| NAVIENT SOLUTIONS, LLC; EQUIFAX | ) | |
| INFORMATION SERVICES,  LLC; EXPERIAN | ) | |
| INFORMATION SYSTEMS, INC.; and TRANS | ) | |
| UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION FOR SUMMARY
JUDGMENT ON PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant
Navient Solutions, LLC ("Defendant" or "NSL"), and this Court's Order of June
12, 2017 (Doc. 48), hereby moves this Honorable Court for entry of an order
granting summary judgment in its favor and against the Plaintiff Lindsay Ball on
the grounds set forth in the accompanying memorandum of law and evidentiary
submission contemporaneously filed herewith. For these reasons, Plaintiff's claims
are due to be dismissed in their entirety.

WHEREFORE, NSL respectfully requests that this Court enter an order
granting summary judgment in its favor as to all of Plaintiff's claims against it,

dismissing them WITH PREJUDICE, and awarding NSL its costs in defending against this action.

Respectfully submitted this 19th day of September, 2017.

s/ Samantha K. Smith
Samantha K. Smith (ASB-9045-H69S)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
420 North 20th Street, Suite 1900
Birmingham, Alabama 35203
Telephone: 205-328-1900
samantha.smith@ogletreedeakins.com

s/ Bonnie L. Martin
Bonnie L. Martin (IN Bar No.20248-18)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
bonnie.martin@ogletreedeakins.com
*Attorneys for Defendant, Navient Solutions, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

W. Whitney Seals
Cochrun & Seals LLC
Post Office Box 10448
Birmingham, AL 35202-0448
whitney@cochrunseals.com

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., #G2A
Tuscaloosa, AL 35406
wgreen@fleenorgreen.com

Dustin J. Fowler
Buntin Etheredge & Fowler LLC
185 North Oates Street
Post Office Box 1193
Dothan, AL 36303
dustinjfowler@hotmail.com
*Attorneys for Plaintiff Lindsay Ball*

Lee H. Copeland
Copeland, Franco, Scews & Gill, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, AL 36101-0347
copeland@copelandfranco.com
*Counsel for National Enterprise Systems, Inc.*

*s/ Samantha K. Smith*
Of Counsel

3
