IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDSAY BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:16-cv-00853 WKW-DAB |
| NAVIENT SOLUTIONS, LLC; | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Lindsay Ball, and Defendant Navient Solutions, LLC ("NSL") hereby notify the Court that settlement has been reached and jointly request that the parties be excused from filing a status report on April 2, 2018.

Plaintiff, Lindsay Ball, and Defendant Navient Solutions, LLC also respectfully request this Court allow thirty days to submit a joint stipulation of dismissal.

Respectfully submitted on March 27, 2018.

/s/ John Richard Carrigan
John Richard Carrigan

**OF COUNSEL:**
Bonnie L. Martin (PHV)
John Richard Carrigan
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203

Bonnie.Martin@ogletreedeakins.com
Richard.Carrigan@ogletreedeakins.com
*Attorneys for Navient Solutions, LLC*

/s/ W. Whitney Seals
W. Whitney Seals

**OF COUNSEL:**
W. Whitney Seals
Cochrun & Seals LLC
Post Office Box 10448
Birmingham, AL 35202-0448
whitney@cochrunseals.com

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., #G2A
Tuscaloosa, AL 35406
wgreen@fleenorgreen.com

Dustin J. Fowler
Buntin Etheredge & Fowler LLC
185 North Oates Street
Post Office Box 1193
Dothan, AL 36303
dustinjfowler@hotmail.com
*Attorneys for Plaintiff Lindsay Ball*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

W. Whitney Seals
Cochrun & Seals LLC
Post Office Box 10448
Birmingham, AL 35202-0448
whitney@cochrunseals.com

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., #G2A
Tuscaloosa, AL 35406
wgreen@fleenorgreen.com

Dustin J. Fowler
Buntin Etheredge & Fowler LLC
185 North Oates Street
Post Office Box 1193
Dothan, AL 36303
dustinjfowler@hotmail.com
*Attorneys for Plaintiff Lindsay Ball*

                                        *s/ John Richard Carrigan*
                                        Of Counsel