**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LINDSAY BALL,** )  )  Plaintiff, )  )  v. )  )  **NAVIENT SOLUTIONS, LLC,** )  )  Defendant. ) | Case No. 1:16-cv-853-WKW-DAB |

## ORDER

This matter is before the court on the parties' Joint Notice of Settlement. (Doc. 96). The Notice requests an additional thirty days in which to submit dismissal papers and also requests the parties be relieved from the requirement of filing a status report regarding mediation.

Upon consideration, it is hereby **ORDERED** that on or before **May 7, 2018**, the parties shall file their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41. The parties' Notice is deemed to satisfy the requirement of filing a status report regarding mediation and no further status report is required. The Clerk is directed to terminate all pending motions and deadlines, including the pretrial conference scheduled for June 28, 2018, and the trial scheduled on the court's August 20, 2018, docket and administratively close the case.

**DONE** and **ORDERED** this 5th day of April, 2018.

_/s/ David A. Baker_
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE